IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01930-PSF-BNB

STATE FARM FIRE AND CASUALTY COMPANY,

Plaintiff,

v.

LENNOX INDUSTRIES, INC., an Iowa corporation, and
JAKEL INCORPORATED, an Illinois corporation,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Amend Complaint** (the "Motion"), filed on February 20, 2006.

     IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing, the Amended Complaint attached as Exhibit A to docket no. 15.

DATED:  February 21, 2006