IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-01930-PSF-BNB

STATE FARM FIRE AND CASUALTY COMPANY,

Plaintiff,

v.

LENNOX INDUSTRIES, INC., an Iowa corporation, and
JAKEL INCORPORATED, an Illinois corporation,

Defendants.
_____

**ORDER**
_____

This matter is before me on **Lennox Industries, Inc.'s Motion for Clarification of March 13, 2006 Minute Order** [Doc. # 24, filed 3/13/06] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the minute order is clarified as follows:

The deadlines to designate expert witnesses contained in the scheduling order are vacated and will be reset at the status conference.

IT IS FURTHER ORDERED that the status conference set for March 30, 2006, at 10:30 a.m., is VACATED and RESET to **April 20, 2006, at 8:30 a.m.**, to allow counsel for Jakel, Inc., to participate in connection with setting new dates.

IT IS FURTHER ORDERED that counsel for the plaintiff shall assure that counsel for Jakel, Inc., is informed of the status conference on April 20, 2006.

Dated March 16, 2006.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge