IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01930-PSF-BNB

STATE FARM FIRE AND CASUALTY COMPANY,

    Plaintiff,

v.

LENNOX INDUSTRIES, INC., an Iowa corporation, and
JAKEL INCORPORATED, an Illinois corporation,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on Plaintiff's Unopposed Motion for Remand (Dkt. # 40). In light of the unopposed nature of the motion, the Court declines to exercise its continuing jurisdiction. *See Salt Lake Tribune Pub. Co., LLC v. AT&T Corp.*, 320 F.3d 1081, 1096 (joinder of non-diverse party does not destroy diversity jurisdiction unless that party was indispensable at time action commenced). The motion is GRANTED and the case is REMANDED to the Denver County, Colorado District Court.

DATED: May 5, 2006